JACOB MENCHER, Respondent, v. MAX NAIMARK, Defendant, Impleaded with LOUIS PIZITZ, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

ANTHONY POTENZANO, an Infant, by DOMINICK POTENZANO, His Guardian ad Litem, and DOMINICK POTENZANO, Respondents, v. NEW YORK RAILWAYS CORPORATION, Appellant, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

MINEOLA LAWNS CORPORATION, Appellant, v. BEN MORITZ CORPORATION, Respondent.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

JESIMON CORPORATION and JOSEPH R. NORWOOD, Respondents, v. PETER DOELGER BREWING COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

ALBERT A. LUTZ v. SAMUEL LUSTBADER, JR. — Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the appellant's points to be filed on or before April 20, 1930. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. FRANK ROCCO, Alias VOLACHI.— Motion granted and time of appellant in which to serve and file points on appeal extended to and including April 15, 1930; the appeal to be argued or submitted on May 15, 1930. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

HARRISON D. McFADDIN, Appellant, v. JOHN C. SPARKS, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ., Sherman, J., dissents and votes for reversal on the ground that the writings would be sufficient under the Statute of Frauds,■if signed by the parties, and that the remaining issue of agency should be determined in the manner provided by rule 108 of the Rules of Civil Practice, or upon trial.

BLEAKLEY TRANSPORTATION CO., INC., Respondent, v. TOMKINS COVE STONE COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by ALBERT CONWAY, Superintendent of Insurance, etc., for an Order to Take Possession of the Property and Liquidate the Business of THE METROPOLIS FIRE INSURANCE COMPANY.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ. [136 Misc. 133.]

ETHEL M. COLSON, Plaintiff, Respondent, v. RAOUL PELGRAM FLEMING, Defendant, and NAOMI L. PELGRAM and Others, Defendants, Respondents, and ELIZABETH FLEMING STONE, Defendant, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ. [135 Misc. 833.]

ALICE CAVANAGH, as Administratrix, etc., of FLORENCE CAVANAGH, Deceased,